UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ILSA YORBANNA CACHO COLON,

                             Petitioner,

            -against-

COLONEL KENNETH DECKER, *in his official capacity as Corrections Administrator of the Orange County Sheriff's Office, et al.*,

                           Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Civ. 3881 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 7 2022

GEORGE B. DANIELS, District Judge:

    The parties' request to close this case, (ECF No. 22), is GRANTED. The Clerk of the Court is directed to close this case.

Dated: March 7, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE